UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts) www.flsb.uscourts.gov
x Third Amended Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

**DEBTOR:** Manuel A. Lopez          **JOINT DEBTOR:** Sylvia S. Gambier _____ CASE NO. 08-26017-BKC-JKO
Last Four Digits of SS# x9368__     Last Four Digits of SS#x4671
☐ This document is plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months. In the event that the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $180.00 for months 1-7 (5/09) and
   B.   $222.00 for months 8-60; in order to pay the following creditors:

**Administrative:**
Attorney's Fees: $4425.00 ($3500.00 case, $150.00 costs, $750.00 motion value, $25.00 costs)
Total Paid $1356.00
Total Balance Due under Plan: $3069.00
Payable: $153.45/month (Months 1 to 20)


**Secured Creditors:** [Retain liens pursuant to 11 USC section 1325 (a)(5)] Mortgage/Liens on real or personal property:
1. _____  ____Arrearage ___Payoff Secured Claim on Petition Date $_____

Address: _____    Payment $_____/month (Months ____ to ____)
         _____    Payment $_____/month (Months ____ to ____)
Account No.: _____    Regular Payment $_____/month (Months ____ to ____)
                                    Total of Payoff Payments $_____ with interest rate at ____%


**F YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE COLLATERAL IN PLAN") WILL ALSO BE SERVED ON YOU PURSUANT TO FRBP 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America, NA Att: Kenneth D. Lewis, Pres. 101 S. Tryon St. Charlotte, NC 28280 (the "Mortgagee") | Second mortgage dated on or about 12/4/06 and recorded on or about 12/21/06 in the Public Records of Broward County, Florida at OR 43310 at page 1367 on 4380 SW 125ᵗʰ Lane, Miramar, FL more completely Described as **Lot 6 of Silver Falls Pod B, According to the Plat thereof, as recorded in Plat Book 173, at Page 187 of the Public Records of Broward County, Florida** (the "Property") | n/a | $0.00 | n/a | $0.00 wholly avoid lien |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Value of Property" $190,000.00 Value of Mortgagee's Interest in Property: $0.00 |  |  |  |  |

**Priority Creditors:** [as defined in 11 USC section 507]
1. USA/IRS          Total Due $6240.54    Pay $8.56/mo. (Mos. 1 to 7), $46.55/mo. (Mos. 8 to 20), $139.38/mo. (Mos. 21 to 60)

**Unsecured Creditors:** Pay $60.43/mo. (Mos. 21 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other provisions not included above:**
a. All property of the estate shall vest in the debtor(s) upon confirmation of this plan,
b. the secured claim(s) of the following are intended to be paid directly by the debtor(s), are not provided by the plan, and shall retain their lien(s): Broward County Revenue Collector, JP Morgan Chase Bank NA, Silver Fallas HOA Association, Inc., Silver Falls Townhomes Association, Inc., Bank of America, NA for vehicle, American Honda Finance for vehicle.

Date: August 6, 2009

Jordan E. Bublick, P.A., Jordan E. Bublick, Fla. Bar No. 381624, Attorney for Debtor(s), 11645 Biscayne Blvd., Suite 208, Miami, FL  33181 Tel.: (305) 891-4055 Fax: (786) 524-3886 E-Mail: jbublick@bublicklaw.com
/s/ _____
    Jordan E. Bublick

LF-31   (rev. 8/1/0